**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 02-6581**

—————

MEREDITH L. VANHOOSE,

Plaintiff - Appellant,

and

DAVID D. ASHWORTH; DENNIS S. SULLIVAN; GARY
LEE BASENBACK; DENNIS P. WOODARD; JOHN E.
WORKMAN; FRANKIE KUHN; ROBERT CRUM,

Plaintiffs,

versus

DAN FERGUSON, Administrator; DONALD STEPP;
HERCIL GARTIN,

Defendants - Appellees,

and

CABELL COUNTY JAIL; DALLAN FIELDS,

Defendants.

—————

Appeal from the United States District Court for the Southern
District of West Virginia, at Hungington. Robert J. Staker, Senior
District Judge. (CA-00-200)

—————

Submitted: June 13, 2002          Decided: June 19, 2002

—————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Meredith L. Vanhoose, Appellant Pro Se.  Theresa Marlene Kirk, PULLIN, KNOPF, FOWLER & FLANAGAN, Charleston, West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Meredith Vanhoose appeals the district court's judgment order granting summary judgment to Cabell County Jail and certain of its employees.  We have reviewed the record and the district court's memorandum order and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See <u>Vanhoose v. Ferguson</u>, No. CA-00-200 (S.D.W. Va. Mar. 29, 2002).  We also deny Vanhoose's motion for appointment of counsel and/or attorney's fees.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>